

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-87,260-01 & WR-87,260-02

### EX PARTE RONALD T. SPRIGGS, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS AND MANDAMUS
## CAUSE NO. 71,817-E IN THE 108ᵀᴴ DISTRICT COURT
## FROM POTTER COUNTY

*Per curiam.*

## O R D E R

Applicant has filed an application for writ of mandamus and/or habeas corpus pursuant to this Court's authority to issue extraordinary writs. TEX. CONST. art. V, § 5(c). He challenges the order finding him in contempt of court. The Court denies leave to file applications for mandamus and habeas corpus and lifts the stay of the underlying order of contempt and commitment.

Filed: June 27, 2018
Do not publish